| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Sullivan, Emmet G. | 2. Court or Organization U.S. District Court for the District of Columbia | 3. Date of Report 11/2/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active District Judge | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |
| 7. Chambers or Office Address 333 Constitution Ave, NW Washington, DC 20001 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Abramson Scholarship Foundation | Director |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 11/2/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Pension (D.C. Government) | $66,450.00 |
| 2. 2015 | Adjunct Professor, American University Washington College of Law | $6,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 11/2/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 11/2/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Delaware Cash Mgmt Fund (prev. Dreyfus Cash Mgmt 288) | A | Dividend | J | T | | | | | |
| 2. Tesla Motors | | None | K | T | | | | | |
| 3. Delaware Value Fund | A | Dividend | J | T | Buy (add'l) | 05/05/15 | J | | |
| 4. | | | | | Sold (part) | 07/10/15 | J | A | |
| 5. FT Dorsey Wright Focus | A | Dividend | J | T | Buy | 05/05/15 | J | | |
| 6. | | | | | Sold | 07/10/15 | J | A | |
| 7. FT Morningstar Dividend | A | Dividend | J | T | Buy (add'l) | 05/05/15 | J | | |
| 8. | | | | | Sold (part) | 05/05/15 | J | A | |
| 9. | | | | | Sold (part) | 07/10/15 | J | A | |
| 10. FT Finals Alpha | A | Dividend | | | Sold | 05/05/15 | J | A | |
| 11. JPM Midcap | A | Dividend | J | T | Sold (part) | 05/05/15 | J | A | |
| 12. | | | | | Sold (part) | 07/10/15 | J | A | |
| 13. Harbor Institutional | A | Dividend | J | T | Buy (add'l) | 05/05/15 | J | | |
| 14. | | | | | Sold (part) | 07/10/15 | J | A | |
| 15. Global X Super Dividend | A | Dividend | | | Sold | 05/05/15 | J | A | |
| 16. Henderson European | A | Dividend | J | T | Buy | 07/10/15 | J | | |
| 17. IShares Russell 1000 Value | A | Dividend | J | T | Buy (add'l) | 05/05/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 11/2/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 07/10/15 | J | A | |
| 19. IShares Russell 1000 Growth | A | Dividend | J | T | Buy (add'l) | 05/05/15 | J | | |
| 20. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 21. | | | | | Sold (part) | 07/10/15 | J | A | |
| 22. | | | | | Sold (part) | 10/22/15 | J | A | |
| 23. IShares Intl Select Div ETF | A | Dividend | J | T | Buy | 05/05/15 | J | | |
| 24. | | | | | Sold (part) | 07/10/15 | J | A | |
| 25. MFS Intl Value | A | Dividend | J | T | Buy (add'l) | 05/05/15 | J | | |
| 26. | | | | | Sold (part) | 07/10/15 | J | A | |
| 27. Mainstay Unconstrained Bond | A | Dividend | | | Sold (part) | 07/10/15 | J | A | |
| 28. | | | | | Sold | 12/23/15 | J | A | |
| 29. Mainstay Hi Yld Corp | A | Dividend | J | T | Sold (part) | 05/05/15 | J | A | |
| 30. | | | | | Sold (part) | 07/10/15 | J | A | |
| 31. Mainstay Floating Rate | A | Dividend | J | T | Sold (part) | 01/28/15 | J | A | |
| 32. | | | | | Sold (part) | 05/05/15 | J | A | |
| 33. | | | | | Sold (part) | 07/10/15 | J | A | |
| 34. Oppenheimer Intl Small Mid Co | A | Dividend | J | T | Buy (add'l) | 05/05/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 11/2/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 07/10/15 | J | A | |
| 36.  T Rowe Price Growth Stock | A | Dividend | J | T | Buy (add'l) | 05/05/15 | J | | |
| 37. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 38. | | | | | Sold (part) | 07/10/15 | J | A | |
| 39.  Thornburg Dev World Fd | A | Dividend | J | T | Buy (add'l) | 05/05/15 | J | | |
| 40. | | | | | Sold (part) | 05/05/15 | J | A | |
| 41. | | | | | Sold (part) | 07/10/15 | J | A | |
| 42.  Vanguard Strategic Small Cap | A | Dividend | J | T | Buy (add'l) | 05/05/15 | J | | |
| 43. | | | | | Sold (part) | 07/10/15 | J | A | |
| 44.  Victory Munder Mid Cap Core Growth | A | Dividend | J | T | Sold (part) | 07/10/15 | J | A | |
| 45.  Voya Global Real Estate | A | Dividend | J | T | Sold (part) | 05/05/15 | J | A | |
| 46. | | | | | Sold (part) | 07/10/15 | J | A | |
| 47.  Weitz Value Fund | A | Dividend | | | Sold (part) | 05/05/15 | J | A | |
| 48. | | | | | Sold | 07/10/15 | J | A | |
| 49.  Prudential Total Return Bond | A | Dividend | J | T | Buy (add'l) | 01/28/15 | J | | |
| 50. | | | | | Buy (add'l) | 05/05/15 | J | | |
| 51. | | | | | Buy (add'l) | 12/23/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 11/2/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 07/10/15 | J | A | |
| 53. | | | | | Sold (part) | 08/24/15 | J | A | |
| 54. Prudential Short Term Corp Bond | A | Dividend | | | Sold | 05/05/15 | J | A | |
| 55. Templeton Global Bond Adv | A | Dividend | J | T | Buy (add'l) | 05/05/15 | J | | |
| 56. | | | | | Sold (part) | 05/05/15 | J | A | |
| 57. | | | | | Sold (part) | 07/15/15 | J | A | |
| 58. Thornburg Investment Income Bldr | | None | | | Buy (add'l) | 03/26/15 | J | | |
| 59. | | | | | Buy (add'l) | 05/05/15 | J | | |
| 60. | | | | | Sold | 05/05/15 | J | A | |
| 61. Thornburg Dev World Fd | A | Dividend | J | T | Buy (add'l) | 05/05/15 | J | | |
| 62. | | | | | Sold (part) | 05/05/15 | J | A | |
| 63. | | | | | Sold (part) | 07/10/15 | J | A | |
| 64. UBS AG E Tracs Alern ETN | A | Dividend | | | Sold (part) | 05/05/15 | J | A | |
| 65. | | | | | Sold (part) | 07/10/15 | J | A | |
| 66. | | | | | Sold | 12/23/15 | J | A | |
| 67. Wisdom Tree Euro Hedged | A | Dividend | | | Buy | 01/28/15 | J | | |
| 68. | | | | | Sold (part) | 05/05/15 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 11/2/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 07/15/15 | J | A | |
| 70. Vanguard FTSE Europe ETF | | None | | | Sold | 01/28/15 | J | A | |
| 71. Prudential Premier Retirement Variable Annuity (H) | | | | | | | | | |
| 72. -AST Franklin Templeton | | None | | | Buy | 04/01/15 | J | | |
| 73. AST Franklin Templeton | | None | | | Buy (add'l) | 10/01/15 | J | | |
| 74. AST Franklin Templeton | | None | | | Sold | 10/16/15 | L | D | |
| 75. -AST Prudential Growth | | None | M | T | Buy | 10/16/15 | L | | |
| 76. -AST FI Pyramis | | None | | | Sold | 10/16/15 | L | D | |
| 77. -AST T Rowe Price | | None | L | T | Buy | 10/16/15 | L | | |
| 78. -AST Advanced Strategies Portfolio | | None | L | T | | | | | |
| 79. -AST Schroders Global Tactical Portfolio | | None | L | T | | | | | |
| 80. Prudential Invt 18 Jennison | | None | J | T | Buy | 12/23/15 | J | | |
| 81. Cash - Janney Montgomery Scott, LLC | | None | J | T | | | | | |
| 82. Rental Property I Income (Washington, DC) | E | Rent | O | S | | | | | |
| 83. Rental Property II Income (Washington, DC) | D | Rent | N | W | | | | | |
| 84. Vanguard Energy ETF | | None | | | Sold | 05/15/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 11/2/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts.

Line Item 74: One-half interest Rental Property I (Washington, DC) - the assessed total value is $840,000

Line Item 75: One-third interest in Rental Property II (Washington, DC) - the estimated total value is $500,000.

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 11/2/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Emmet G. Sullivan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544